| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>NEWMAN, Jon O | 2. Court or Organization<br>U.S.C.A., Second Circuit | 3. Date of Report<br>5/5/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>Senior Circuit Judge | 5. Report Type (check appropriate type)<br>○ Nomination. Date<br>○ Initial ● Annual ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>U.S. Courthouse<br>450 Main Street<br>Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Corporator | Hartford Hospital |
| 2. | Corporator | Institute of Living |
| 3. | Elector | Hartford Atheneum |
| 4. | Life Regent | University of Hartford |
| 5. | Trustee | ▓▓▓▓▓▓▓▓▓. Charit. Rem. Unitrust |
| 6. | Board Member | American Judicature Society |
| 7. | Board Member | Connecticut Appleseed Foundation |
| 8. | Chair | Friends of the Library of the Supreme Court of Israel, Inc. |
| 9. | Board Member | Endowment Foundation of the Jewish Federation of Greater Hartford, Inc. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## II. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 9/15/03 | University of North Carolina Press - royalty | $1,041.00 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of North Carolina Press | Roundtrip airfare Hartford-Washington, D.C. |
| 2. | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 5/5/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Hartford Club | Waiver of annual dues | $1,667 |
| 2. | Tumble Brook Country Club | Partial reduction of annual dues | $4,478 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| NEWMAN, Jon O | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BANK ACCOUNTS AND CASH: | | | | | | | | | |
| 2. Fleet Bank -- West Htfd. CT., Checking Acct. | A | Interest | L | T | | | | | |
| 3. Fleet Bank -- West Htfd., CT., Checking Acct. | | None | J | T | | | | | |
| 4. Fleet Bank -- West Htfd., CT., IRA (certs. of deposit) | | None | | | Closed | 1/1 | K | | Rolled over to Line 124 |
| 5. Fleet Bank -- West Htfd., CT., IRA (certs. of deposit) | | None | | | Closed | 1/1 | J | | Rolled over to Line 125 |
| 6. Schwab I. Htfd., Conn., Money Market Acct. | A | Interest | J | T | | -- -- | | | |
| 7. Webster Bank, West Htfd., CT, Checking Acct. | A | Interest | K | T | | | | | |
| 8. Smith Barney, New Haven, CT., Money Market Acct. | D | Interest | M | T | | | | | |
| 9. Smith Barney, New Haven, CT., Money Market Acct. | A | Interest | N | T -- | | | | | |
| 10. BONDS: | | | | | | | | | |
| 11. U.S. Treasury Bond 11.5 | E | Interest | M | T | | | | | |
| 12. Conn. Bond '09 5.4 | A | Interest | K | T | | | | | |
| 13. Conn. Bond '10 5.6 | B | Interest | | | Called | 11/17 | K | | |
| 14. Conn. Higher Ed. '03 5.6 | A | Interest | | | Matured | 5/15 | J | A | |
| 15. E. Baton Rouge La. '16 | D | Interest | | | Called | 5/1 | M | D | |
| 16. Houma La. Transit '11 | C | Interest | L | T | | | | | |
| 17. Intermountain Utah Power '16 | B | Interest | L | T | Part called | 5/16 | K | C | |
| 18. Jeff. Par. La. Hosp. '09 | A | Interest | J | T | | | | | |

1. Income Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS — income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Lafayette La. Transit '11 | B | Interest | K | T | | | | | |
| 20. W. Monroe La. '10 | C | Interest | K | T | | | | | |
| 21. W. Monroe La. '11 | A | Interest | J | T | | | | | |
| 22. New Orleans, La. '17 | B | Interest | | | Called | 10/1 | K | A | |
| 23. Rapides Par. La. '10 | A | Interest | J | T | | | | | |
| 24. Shreveport, La. '04 | A | Interest | J | T | | | | | |
| 25. Shreveport, La. '10 | C | Interest | K | T | Part called | 9/2 | | | |
| 26. S.E. Tex. Hosp. '09 | B | Interest | K | T | Part called | 12/1 | J | | |
| 27. CT G.0. '08 5.12 | D | Interest | M | T | | | | | |
| 28. CT Spl. Assmt. '07 5.1 | A | Interest | K | T | | | | | |
| 29. CT G.0. '10 5.2 | B | Interest | K | T | | | | | |
| 30. CT Health '04 6.2 | A | Interest | K | T | | | | | |
| 31. CT. Sp. Tax '05 5.12 | C | Interest | | | Called | 9/2 | L | | |
| 32. CT G.0 '03 5.0 | B | Interest | | | Called | 11/17 | K | | |
| 33. CT G.0. '10 5.0 | B | Interest | K | T | | | | | |
| 34. CT G.0. '06 4.7 | B | Interest | K | T | | | | | |
| 35. CT Health '12 6.5 | B | Interest | L | T | | | | | |
| 36. Stamford G.0. '12 5.7 | C | Interest | L | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Woodstock '10 5.25 | B | Interest | K | T | Called | 2/18 | K | | |
| 38. ) CT HFA '08 4.625 | B | Interest | K | T | | | | | |
| 39. Conn. Health 5.25 '07 | A | Interest | K | T | | | | | |
| 40. ) Conn. HFA 4.375 '08 | A | Interest | K | T | | | | | |
| 41. ) Conn. G.0. 5.0 '09 | A | Interest | L | T | | | | | |
| 42. Conn. 5.125 '11 | A | Interest | L | T | | | | | |
| 43. Conn. G.0 5.0 '11 | A | Interest | K | T | | | | | |
| 44. Conn. Spl. Tax 5.0 '12 | B | Interest | L | T | | | | | |
| 45. Conn. Health 4.9 '13 | A | Interest | K | T | | | | | |
| 46. Cheshire 5.0 '13 | B | Interest | L | T | | | | | |
| Conn Refunding '06 5.0 | B | Interest | L | T | | | | | |
| 48. Conn. Housing '07 3.4 | A | Interest | K | T | | | | | |
| 49. Conn. Refunding '09 5.25 | A | Interest | K | T | | | | | |
| 50. Stratford '10 3.0 | A | Interest | K | T | | | | | |
| 51. New Haven '17 6.0 | A | Interest | K | T | | | | | |
| 52. Conn. G.0. '10 5.375 | A | Interest | K | T | | | | | |
| Conn. Spl. Tax '05 5.0 | B | Interest | K | T | | | | | |
| 54. Conn. Refunding '08 5.25 | A | Interest | J | T | | | | | |

1. Income Gain Codes:      A   $1,000 or less      B   = $1,001-$2,500      C   = $2,501-$5,000      D   = $5,001-$15,000      E   = $15,001-$50,000
 (See Columns B1 and D4)   F   $50,001-$100,000   G   = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:            J   $15,000 or less    K   $15,001-$50,000      L   = $50,001-$100,000   M   = $100,001-$250,000
 (See Columns C1 and D3)   N   = $250,000-$500,000   O   = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                           P3 = $25,000,001-$50,000,000                      P4 = $More than $50,000,000
3. Value Method Codes      Q   Appraisal          R   = Cost (Real Estate Only)   S   = Assessment   T   = Cash/Market
 (See Column C2)           U   Book Value         V   Other               W   = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Norwalk '05 4.0 | A | Interest | K | T | | | | | |
| 56. E. Hampton '05 3.375 | A | Interest | K | T | Buy | 3/28 | L | | |
| 57. E. Hampton '07 3.375 | A | Interest | K | T | Buy | 3/28 | L | | |
| 58. CT G.O. '06 0 | | None | K | T | Buy | 5/13 | K | | |
| 59. CT Refunding '05 5.0 | B | Interest | K | T | Buy | 5/13 | L | | |
| 60. CT 6.0 '08 4.875 | B | Interest | K | T | Buy | 5/16 | K | | |
| 61. Univ. CT. '07 4.25 | B | Interest | K | T | Buy | 5/22 | K | | |
| 62. New Haven '07 4.0 | B | Interest | L | T | Buy | 3/28 | L | | |
| 63. STOCKS: | | | | | | | | | |
| 64. Dupont | C | Dividend | M | T | | | | | |
| 65. Exxon Mobil | C | Dividend | M | T | | | | | |
| 66. G.E. | B | Dividend | M | T | | | | | |
| 67. Norfolk Southern | A | Dividend | J | T | | | | | |
| 68. Royal Dutch Petroleum | C | Dividend | M | T | | | | | |
| 69. M & T Bank | A | Dividend | L | T | | | | | |
| 70. Pfizer | B | Dividend | L | T | | | | | |
| 71. Insteel | | None | J | T | | | | | |
| 72. Air Products | B | Dividend | M | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. Johnson Contr. | B | Dividend | M | T | | | | | |
| 74. Merck | D | Dividend | N | T | | | | | |
| 75. Alexander and Baldwin | A | Dividend | K | T | | | | | |
| 76. Royce Trust | B | Dividend | L | T | | | | | |
| 77. Bethlehem Steel | | None | J | T | | | | | |
| 78. Corning | | None | K | T | | | | | |
| 79. Cummings Engine | A | Dividend | K | T | | | | | |
| 80. Minn. Mining | B | Dividend | L | T | | | | | |
| 81. Johnson & Johnson | A | Dividend | L | T | | | | | |
| 82. Enron | | None | J | T | | | | | |
| 83. Microsoft | A | Dividend | L | T | | | | | |
| 84. Cisco | | None | L | T | | | | | |
| 85. Total Fina | B | Dividend | M | T | | | | | |
| 86. Honeywell | A | Dividend | K | T | | | | | |
| 87. Lucent | | None | J | T | | | | | |
| 88. Pitney Bowes | A | Dividend | K | T | | | | | |
| 89. Ocean Energy | A | Dividend | | | Exch. Devon | 4/29 | J | | |
| 90. Devon Energy | A | Dividend | K | T | Exch. Ocean | 4/29 | J | | |

1. Income Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. FNMA | A | Dividend | K | T | | | | | |
| 92. Philips | A | Dividend | K | T | | | | | |
| 93. Tyco | A | Dividend | K | T | | | | | |
| 94. Nokia | A | Dividend | J | T | | | | | |
| 95. Red Hat | | None | J | T | | | | | |
| 96. Pfizer | B | Dividend | K | T | | | | | |
| 97. Medco | | None | K | T | Spinoff | 8/25 | K | | |
| 98. OTHER: | | | | | | | | | |
| 99. Trust held by Schwab & Co. (Pooled Funds & State Bonds) | D | Dividend | N | T | | | | | |
| 100. Trust held by Schwab & Co. (pooled funds & state bonds) | E | Dividend | N | T | | | | | |
| 101. 1/2 Int. W. Htfd., CT., Condo purchased 8/9/88 $115,000 | | None | L | R | | | | | |
| 102. Thames & Hudson Royalty Contract | C | Royalty | J | W | | | | | |
| 103. Harold Newman Charitable Remainder Unitrust, consisting | E | Interest | O | T | | | | | |
| 104. of Municipal Bonds: | | | | | | | | | |
| 105. - Houma La. '10 | | | | | | | | | |
| 106. - Jefferson Par. La. '16 | | | | | | | | | |
| 107. - Prudential money mkt fund | | | | | | | | | |
| 108. - Camden, N.J. '14 | | | | | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
    (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
    (See Columns C1 and D3)     N = $250,001-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
    (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. - Pike Wash. '11 | | | | | | | | | |
| 110. - Salt River, Ariz. '16 | | | | | | | | | |
| 111. - Texas '11 | | | | | Called | 3/24 | K | | |
| 112. - Tuscon, Ariz. '12 | | | | | Called | 7/1 | K | | |
| 113. - West Lane, OR. '12 | | | | | | | | | |
| 114. - Univ. Cal. '10 | | | | | Called | 9/10 | L | | |
| 115. - Port Seattle, WA '17 | | | | | | | | | |
| 116. - San Bernadino, CA '16 | | | | | | | | | |
| 117. - East Bay, CA '16 | | | | | | | | | |
| 118. - Foothills, CA '21 | | | | | Called | 9/2 | K | | |
| 119. - Manatee, FL '21 | | | | | | | | | |
| 120. - Middlesex City, N.J. '19 | | | | | | | | | |
| 121. - Mass. Health 4.5 '14 | | | | | | | | | |
| 122. - Baton Rouge, LA '17 4.7 | | | | | Buy | 8/6 | L | | |
| 123. Condo, University Park, FL purchased 4/9/99, $179,000 | C | Rent | M | R | | | | | |
| 124. AIG Annuity (IRA) | B | Interest | K | T | IRA rollover | 1/1 | K | | |
| 125. AIG Annuity (IRA) | A | Interest | J | T | IRA rollover | 1/1 | J | | |

1. Income Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | NEWMAN, Jon O | 5/5/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part VII, line 4:  This IRA account was closed and rolled over to the item listed on line 124.

Part VII, line 5:  This IRA account was closed and rolled over to the item listed on line 125.

Part VII, line 42:  This bond was incorrectly identified in last year's report as " Conn. 6.0 5.125 '11."  It is correctly listed now as " Conn. 5.125 '11."

Part VII, line 53:  This bond was incorrectly identified in last year's report as "Conn. Refunding '05 5.0."  It is now correctly identified as "Conn. Spl. Tax '05 5.0."

Part VII, lines 89 and 90:  The Ocean Energy shares were exchanged for Devon Energy shares.

Part VII, line 97:  The Medco shares were received as a spinoff from Merck (which is listed on line 74).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___5/7/04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544